IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHIA VILLEE, | ) |
| | ) Civil Action No. 09-0780 |
| Plaintiff, | ) |
| | ) Chief Judge Gary Lancaster |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| BAYER MATERIAL SCIENCE, LLC, and | ) |
| JOHN LEMMEX, | ) |
| | ) |
| Defendants. | |

## ORDER

AND NOW, this 16th day of April, 2010, it is hereby **ORDERED** that Plaintiff is required to sit for her deposition on April 23, 2010 at 9:30 a.m. at the office of Littler Mendelson, P.C., 625 Liberty Ave., 26th Floor, Pittsburgh, PA 15222.  Plaintiff is further ordered to reimburse Defendants for the costs and attorneys' fees associated with their filing of Defendants' Motion to Compel Plaintiff's Attendance at April 23, 2010 Deposition.

_____
Chief Judge Gary Lancaster