IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHIA VILLEE, | ) |
|           Plaintiff, | ) Civil Action No. 09-0780 |
|     v. | ) Chief Judge Gary Lancaster |
| BAYER MATERIAL SCIENCE, LLC, and JOHN LEMMEX, | ) JURY TRIAL DEMANDED |
|           Defendants. | ) |

**STIPULATION OF SETTLEMENT AND
PROPOSED ORDER OF ADMINISTRATIVE CLOSURE**

The parties to the above-captioned civil action hereby stipulate and request that this matter be administratively closed as the parties have agreed to terms under which they will settle this matter. Each party will bear its own costs and attorney's fees. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement..

Dated:   April 20, 2010                            Respectfully submitted,

Lois Glanby & Associates                           LITTLER MENDELSON, P.C.

By:   /s/ Lois E. Glanby                           By:   /s/ Marcy L. McCullough
    Lois E. Glanby                                  Mark T. Phillis
    PA I.D. No. 80784                                PA I.D. No. 66117
    152 East Highland Drive                          Marcy McCullough
    McMurray, PA 15317                               PA I.D. No. 2043587
    (724) 942-0524                                   625 Liberty Avenue, 26th Floor
    attorneyglanby@aol.com                           Pittsburgh, PA  15222
                                                     (412) 201-7636/7623
                                                     mphillis@littler.com
                                                     mmccullough@littler.com

    Counsel for Plaintiff, Sophia Ville

                                                     Counsel for Defendants, Bayer Material
                                                     Science, LLC and John Lemmex

SO ORDERED, this 20th day of April, 2010.

s/Gary L. Lancaster
_____
Hon. Gary L. Lancaster,
Chief U.S. District Judge