IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHIA VILLEE, | ) |
| | ) Civil Action No. 09-0780 |
| Plaintiff, | ) |
| | ) Chief Judge Gary Lancaster |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| BAYER MATERIAL SCIENCE, LLC, and | ) |
| JOHN Lemmex, | ) |
| | ) |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of any further, related proceedings involving the parties. Each party will bear its own costs.

Respectfully submitted,

| LOIS GLANBY & ASSOCIATES | LITTLER MENDELSON, P.C. |
|---|---|
| By: _/s/ Herbert A. Terrell_ | By: _/s/ Mark T. Phillis_ |
| Herbert A. Terrell | Mark T. Phillis |
| PA I.D. No. 26129 | PA I.D. No. 66117 |
| 152 East Highland Drive | Marcy McCullough |
| McMurray, PA 15317 | PA I.D. No. 2043587 |
| (724) 942-0524 | 625 Liberty Avenue, 26th Floor |
| haterrell@justice.com | Pittsburgh, PA 15222 |
| | (412) 201-7636/7623 |
| | mphillis@littler.com |
| | mmccullough@littler.com |
| Counsel for Plaintiff, Sophia Ville | Counsel for Defendants, Bayer MaterialScience, LLC and John Lemmex |

SO ORDERED

_(signature)_
U.S.D.J.

DATED: 9-16-2010